9

Samuel Feinberg
vs.                    Eq. No. 3569
Clair Taylor et al

October 17, 1917

TANNER, P. J. This case is heard upon the petition of the creditor that the receiver be ordered to pay the dividend ordered by the Court without requiring from the creditor a release against said trust estate or the

trustees thereof, or any other conditions attached to the payment of said dividend.

The decree upon which the receiver tendered payment does not appear to be a final decree releasing the receiver or the trust estate from all liability. In the absence of such a decree we do not think that the receiver can require any such release as he has insisted upon in the case.

For complainant: A. S. & A. P. Johnson.

For respondent: Wilson, Gardner & Churchill and H. B. Agard.